

**ORDERED in the Southern District of Florida on May 31, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COUR-
SOUTHERN DISTRICT OF FLORIDA**

In re:  
BORGEN, ALINA F.  
SSN: XXX-XX-6762  

Case No: 16-17033-AJC  
Chapter 13

_____Debtor(s)_____/

### ORDER ON DEBTORS EX-PARTE MOTION
### FOR EXTENSION OF TIME TO FILE REMAINING SCHEDULES

THIS CAUSE having come on Debtors Ex-Parte Motion for Extension of Time to File Remaining Schedules, the Court having reviewed its file and being otherwise fully advised on the pleadings that good cause exits to grant said motion, it is thereupon

**ORDERED AND ADJUDGED that**:

1. That the Motion is **GRANTED.**

2. The Debtors shall have until June 20, 2016 to file the remaining schedules and/or correct filing deficiencies.

###

Christina A. Fiallo 7975 NW 154 Street Suite 470 Miami Lakes, FL 33106, 305-222-7715, attorney for Debtor, is directed to furnish a copy of this order on the parties listed and file a certificate of service.